## ALEXANDER v. WILKERSON

No. 354P90

Case below: 99 N.C.App. 340

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990. Petition by plaintiff for writ of supersedeas and temporary stay denied 6 August 1990.

## BOOHER v. FRUE

No. 298P90

Case below: 98 N.C.App. 570

Petition by defendant (William C. Frue) for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## CARSON v. MOODY

No. 430P90

Case below: 99 N.C.App. 724

Petition by defendant (Moody) for temporary stay allowed 24 August 1990 pending determination of his petition for discretionary review.

## CHICOPEE, INC. v. SIMS METAL WORKS

No. 260PA90

Case below: 98 N.C.App. 423

Petition by defendant (Insurance Co.) for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990. Petition by defendant (Sims Metal Works) for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 29 August 1990.

## CLARK v. BROWN

No. 317P90

Case below: 99 N.C.App. 255

Petition by defendant for writ of supersedeas denied and temporary stay dissolved 29 August 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.